

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,068-01

### EX PARTE VICTOR EUGENE BAILEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2011CR4772-W1 IN THE 175TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*. YEARY, J., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to forty years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Bailey v. State*, No. 04-14-00582-CR (Tex. App. — San Antonio, February 25, 2015) (not designated for publication).

On May 12, 2016, this Court received Applicant's *pro se* application for writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure. On May 27, 2016, this Court granted Applicant's first request for an extension of time before ruling on his habeas

application, giving him until June 24, 2016 to submit supplemental materials. However, on June 15, 2016, nine days before the end of the extension period granted by this Court, Applicant's application was denied without written order.

Because this disposition was premature, on July 27, 2016, this Court withdrew the premature disposition of Applicant's habeas application and granted him an extension until August 26, 2016 to submit his supplemental materials for this Court's consideration. However, this Court's order did not specifically state that such supplemental materials must be filed in the district court.

On August 22, 2016, and November 14, 2016, this Court received supplemental filings from Applicant, which included additional grounds for review. The additional grounds for review were not submitted on the Article 11.07 habeas form, and were not filed in the district court but were filed directly with this Court.

Because Applicant's submission of supplemental materials directly to this Court may be the result of the lack of specific instructions in this Court's original order, Applicant should have the opportunity to re-submit his supplemental materials to the district court. Any additional or supplemental grounds for review must be submitted on the Article 11.07 habeas form. Applicant must file all supplemental materials in the district court within 30 days of this order. A supplemental transcript containing all supplemental materials submitted by Applicant, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: February 1, 2017
Do not publish